United States District Court
Massachusetts

FILED
IN CLERKS OFFICE

2004 OCT 28 A 3:53

U.S. DISTRICT COURT
DISTRICT OF MASS.

Rudy K. Meiselman

v.

Financial Resources Network, Inc
Financial Resources Network Inc
Profit Sharing Plan
Rosalind Herman, Trustee
Gregg Lipitz

No. 04cv12304 WGY

Motion For Temporary Restraining Order

Plaintiff hereby moves for an order in the form attached to the <u>Verified Complaint</u>, restraining defendants as requested therein. Its grounds therefore, plaintiff directs the court to the assertions set forth in the Verified Complaint.

CHARLES P. KAZARIAN
BBO 262660
77 N. Washington St
Boston, MA 02114
(617) 723-6676