UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| RUDY K. MEISELMAN,<br>Plaintiff,<br><br>v.<br><br>FINANCIAL RESOURCES NETWORK, INC.,<br>FINANCIAL RESOURCES NETWORK INC.,<br>PROFIT SHARING PLAN; ROSALIND<br>HERMAN, TRUSTEE OF THE FINANCIAL<br>RESOURCES NETWORK, INC. PROFIT<br>SHARING PLAN, AND GREGG CAPLITZ<br>Defendant | F I L E D<br>In Open Court<br>USDC, Mass<br>Date 11-12-04<br>By _____<br>Deputy Clerk<br><br>C.A. No. 04-12304 WGY |

## NOTICE OF APPEARANCE

Please notice my appearance on behalf of the Defendant, Gregg Caplitz.

Respectfully Submitted,
By his attorney,

*[signature]*

Walter E. Steele, Jr. / BBO#: 632466
Murphy, Steele and Flaherty, PA
43 Bowdoin Street
Boston, Massachusetts 02114
(617) 227-7777