UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| RUDY K. MEISELMAN,<br><br>    Plaintiff,<br><br>and<br><br>FINANCIAL RESOURCES NETWORK, INC.,<br>FINANCIAL RESOURCES NETWORK, INC.<br>PROFIT SHARING PLAN; ROSALIND<br>HERMAN, TRUSTEE OF THE FINANCIAL<br>RESOURCES NETWORK, INC. PROFIT<br>SHARING PLAN, AND GREGG CAPLITZ,<br><br>    Defendant. | C. A. No. 04-12304 WGY |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Rudy K. Meiselman ("Meiselman") herby notifies the Court that the above-referenced action is hereby dismissed in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(i) as to all defendants, with prejudice and without costs or attorneys' fees to any party. None of defendants have served an answer or a motion for summary judgment in this action. Thus, this Notice is timely and appropriate.

                                            RUDY K. MEISELMAN,
                                            By his attorney,

                                            Charles P. Kazarian, Esq., BBO # 262660
                                            77 North Washington Street
                                            Boston, MA  02114
                                            617-227-7777

Dated: November 24, 2004